AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:25-mj-00168 |
|---|---|---|
| v. | ) | Assigned To: Judge Harvey, G. Michael |
| Antwain Darrell Simpson | ) | Assign. Date: 8/24/2025 |
| DOB: ▓▓▓▓▓ | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____August 22, 2025_____ in the county of _____Washington_____ in the
_____ District of _____Columbia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bridgett Soares, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/24/2025_____

_____
*Judge's signature*

City and state: _____Washington, DC_____    G. Michael Harvey, Magistrate Judge
*Printed name and title*